IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal No. DKC-14-0068 |
| | ) | |
| ASEM ELGAWHARY, | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT ORDER OF FORFEITURE**
(Money Judgment Only)

WHEREAS, the defendant, Asem Elgawhary, has pled guilty pursuant to a written plea agreement to Counts One, Seven and Eight of the Indictment, charging him with mail fraud, conspiracy to commit money laundering, and interference with the administration of the tax laws, in violation of 18 U.S.C. § 1341, 18 U.S.C. § 1956(h) and 26 U.S.C. § 7212, respectively;

WHEREAS, pursuant to his plea agreement, the defendant agreed to forfeit to the United States $5,258,995, ("the Subject Property") representing the property involved in his offense;

WHEREAS, the defendant has agreed that the forfeiture order may take the form of a personal money judgment, which he has agreed to pay in full at the time of sentencing scheduled for March 23, 2015; and,

WHEREAS, the defendant agreed that entry of this order shall be made a part of the sentence in or out of the presence of the defendant and be included in the judgment in this case without further order of the Court;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

1



**THAT:**

1. Pursuant to 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b)(1), Federal Rules of Criminal Procedure, the defendant must forfeit to the United States all property involved in the mail fraud and money laundering offenses for which he has been convicted. The court finds by a preponderance of the evidence that the property involved in the instant case was $5,258,995. Accordingly, the defendant shall forfeit the Subject Property.

2. As issued this date, this Order consists solely of a judgment for a sum of money for which the Defendant shall remain personally liable until the judgment is satisfied. The Court shall retain jurisdiction, however, to enforce this Order, and to amend it as necessary pursuant to Rule 32.2(e).

3. Because this Order consists solely as a judgment for a sum of money, the United States is not required to publish notice of this Order or to commence any ancillary proceeding to determine the rights of any third parties at this time. *See* Rule 32.2(c)(1).

4. Pursuant to Rule 32.2(b)(4), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney David I. Salem, U.S. Attorney's Office, 6406 Ivy Lane, Suite 800, Greenbelt, MD 20770.

Date: March 23, 2015

Deborah K. Chasanow
United States District Judge